IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02504-RPM

LINDA LEVIN,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

_____

ORDER
_____

Upon consideration of Defendant's Unopposed Motion for Leave to File Answer Out of Time (Doc. #5), filed on January 17, 2007, it is

ORDERED that the motion is granted to and including February 5, 2007.

DATED: January 18th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge