IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02504-RPM

LINDA LEVIN,

                Plaintiff,

v.


UNUM LIFE INSURANCE COMPANY OF AMERICA,

                Defendant.
_____

ORDER
_____


        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **March 15, 2007, at 10:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the

Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions.  Proposed orders are to be double-

spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order

shall be submitted directly to chambers by **March 8, 2007.**

        DATED: February 6th, 2007

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge