UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02504-RPM

LINDA LEVIN,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine insurance company.

Defendant.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The Court, having reviewed the parties' Stipulated Motion for Dismissal and being fully advised in the matter, grants the same.

This lawsuit and all claims are hereby dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

DATED: November 21st, 2007.

BY THE COURT:

s/Richard P. Matsch
_____
Honorable Richard P. Matsch
United States Judge